Rules and Regulations For sentence credit
Pursuant To 730 ILCS
 Offender Covid 19 sentence Credit Application.

Offender: Charles Hunley   IDOC Y39058
MSR: Dec 28 2021
Inmate is Currently at Illinois River Correctional
Serving a 7 years at 50%

This is Charles Hunley First Time in prison
and very First Adult case. 1

I was arrested for Class X but did not Have
nun To Do with it and They Give me 7 at 50%
Just Asking Can yall send me Some GoodTime my
Kids in family need me Home  I was in School
in on my way To College

I Respectfully Petition Your Department to
Consider me For Any Amount of Discretionary
Sentence Good Conduct Credit.

Wherefore due To Covid 19 safety Guidlines
my right To Pursue rehabilitative Programs and my
right To be Provided adequate Recreational
Privileges Have ~~Bette Provided~~ Become Non-Existent.
            Respectfully       Charles Hunley

Date: 5-11-2021



USA ★ FOREVER

Charles Hunter    Y34058
Illinois River
P.O. Box 999
Canton, Ill 61520

U.S. District Court.
U.S. Central District of Illinois

600E Monroe Street
Springfield, IL. 62701



Legal Mail

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

**RECEIVED**

MAY 1 9 2021

U.S. CLERK'S OFFICE
SPRINGFIELD, ILLINOIS